Case 11-17556    Filed 07/16/12    Doc 271

2011-17556
FILED
July 16, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0004328560

**3**

T. SCOTT BELDEN, CSB NO. 184387
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: sbelden@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>OLEANDER GARDENS, LLC,<br><br>Debtor. | Case No. 11-17556-B-11<br><br>Chapter 11<br><br>DC No. KDG-5<br><br><br>Date:     July 5, 2012<br>Time:    3:00 p.m.<br>Place:    U.S. Bankruptcy Court<br>              1300 18th Street, First Floor<br>              Bakersfield, California<br>Judge:    Honorable W. Richard Lee |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
IN SUPPORT OF CONFIRMATION OF DEBTOR'S
MODIFIED PLAN OF REORGANIZATION DATED JUNE 28, 2012**

I.  **Introduction**

Confirmation of the *Modified Plan of Reorganization Dated June 28, 2012* (the "Plan") filed by Oleander Gardens, LLC ("Debtor") came on for final hearing on July 5, 2012, at 3:00 p.m. after notice to Debtor, the United States Trustee, all creditors, parties requesting special notice, and the Securities and Exchange Commission. Jacob L. Eaton, Esq. appeared for Debtor. Erica Loftis, Esq. and Charles Nunley, Esq. appeared for East West Bank. Gregory Powell, Esq. appeared for the United States Trustee. No other parties appeared at the final confirmation hearing.

RECEIVED
July 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004328560

1

3821391.DOC

The Court reviewed the Plan, the *Worksheets for Determining Acceptance of Plan of Reorganization* submitted by Debtor, the *Memorandum of Points and Authorities in Support of Confirmation of Plan of Reorganization Filed by Debtor*, the *Declaration of Baby Kurian in Support of Confirmation of Plan of Reorganization Filed by Debtor*, the *Ballots on Plan of Reorganization filed by Debtor*, and considered the comments made on the record by counsel for Debtor and counsel for East West Bank, and the withdrawal of the East West Bank's Objection to Confirmation.

After determining that copies of the Plan and *Modified Disclosure Statement Dated February 15, 2012,* had been served on Debtor, the United States Trustee, all creditors, parties in interest, parties requesting special notice, and the Securities and Exchange Commission, the Court makes the following findings as more fully described on the record at the final hearing held on July 5, 2012:

## II. Findings of Fact and Conclusions of Law

1. *Modified Plan of Reorganization Dated June 28, 2012,* filed by Debtor on June 28, 2012, as modified in the confirmation order, complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below.

2. The Plan is proposed in good faith and not by any means forbidden by law.

3. Any payment made or promised by Debtor or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court.

4. Debtor has disclosed the identity and affiliations of Mr. and Mrs. Kurian as individuals proposed to serve, after confirmation of the Plan, as a manager or officer of Debtor and the continuance in their offices is consistent with the interests of creditors and equity security holders and with public policy.

5. Debtor has disclosed the identity of all insiders that will be employed or retained by the reorganized debtor and the nature of any compensation for such insider.

6. A holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan, property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim.

7. The Plan has been accepted by at least one class of claims impaired under the Plan, excluding insiders of Debtors.

8. Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtors except as proposed in the Plan.

9. All required Court and United States Trustee fees must be paid before the Effective Date of the Plan.

10. Notice of the hearing on confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order confirming the Plan.

11. The Court will issue a separate Order confirming the Plan and setting specified deadlines as set forth in the Plan.

Dated: Jul 16, 2012

_____
W. Richard Lee
United States Bankruptcy Judge

3

3821391.DOC